IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 6:15-cv-03519-BCW |
| L-3 COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

Defendant L-3 Communications Corporation, including its L-3 Communications EOTech division, pursuant to Fed. R. Civ. P. 6(b), respectfully moves the Court for a 30 day extension of time to a date through and including February 8, 2016 in which to file an answer or otherwise respond to Plaintiffs' First Amended Complaint. In support of this Motion, Defendant states as follows:

1. On December 4, 2015, Andrew Foster filed a 7 count Complaint with 253 separate paragraphs. The Complaint was served on Defendant on December 15, 2015. Plaintiff Foster sought to certify a class under various theories in the Complaint.

2. On December 22, 2015, Plaintiffs Andrew Foster, Rashawn Cummings, Kainoa Kaku, Travis Young, Chad Mingo, Chris Drummond, Alan Gibbs, Bruce Gibson, Richard Morgan, William Sparks, Rob Dunkley, Scott Otani and Chris Hammers ("Plaintiffs") filed a First Amended Complaint, which included 19 counts and more than 500 separate paragraphs. The First Amended Complaint was served by mail on Defendant's registered agent.

3. Defendant's time to file an answer or otherwise respond to the First Amended Complaint is January 8, 2016.

4. Defendant and its counsel require additional time to review and respond to the First Amended Complaint.

5. Before filing this motion, counsel for L-3 conferred with Plaintiffs' counsel, who has been contacted, but has not yet indicated whether Plaintiffs agree or oppose the relief requested in this motion.

WHEREFORE, Defendant respectfully requests the Court to enter an order granting them an extension of time to a date through and including February 8, 2016 in which to answer or otherwise respond to the First Amended Complaint.

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Joseph Rebein
Joseph Rebein, Mo #35071
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Richard C. Godfrey, P.C. (*pro hac vice* pending)
J. Andrew Langan, P.C. (*pro hac vice* pending)
Kristopher S. Ritter (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
richard.godfrey@kirkland.com
andrew.langan@kirkland.com
kristopher.ritter@kirkland.com
T: (312) 862-2000
F: (312) 862-2200

*Attorneys for Defendant L-3 Communications Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January, 2014, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of interest.

      /s/ Joseph Rebein

      *Attorney for Defendant L-3 Communications Corp.*