IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 6:15-cv-03519-BCW |
| L-3 COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT L-3 COMMUNICATIONS CORPORATION,
INCLUDING ITS L-3 COMMUNICATIONS EOTECH DIVISION**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1, defendant L-3 Communications Corporation makes the following disclosure:

L-3 Communications Corporation, including its L-3 Communications EOTech division, is a wholly-owned subsidiary of L-3 Communications Holdings, Inc., the shares of which are publicly traded.

Dated: January 4, 2016					Respectfully Submitted,


					By: /s/  Joseph Rebein
					Joseph Rebein, Mo #35071
					SHOOK, HARDY & BACON L.L.P.
					2555 Grand Blvd.
					 Kansas City, Missouri 64108
					Telephone: 816-474-6550
					Facsimile: 816-421-5547
					jrebein@shb.com

					Richard C. Godfrey, P.C. (*pro hac vice* pending)
					J. Andrew Langan, P.C. (*pro hac vice* pending)
					Kristopher S. Ritter (*pro hac vice* pending)
					KIRKLAND & ELLIS LLP
					300 North LaSalle
					Chicago, IL 60654
					richard.godfrey@kirkland.com
					andrew.langan@kirkland.com
					kristopher.ritter@kirkland.com
					T: (312) 862-2000
					F: (312) 862-2200

					*Attorneys for Defendant L-3 Communications Corp.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2016, a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Western District of Missouri by using the CM/ECF system, which will send notice of such filing to all counsel of record.

DATED: January 4, 2016  Respectfully submitted,

/s/ Joseph Rebein

Joseph Rebein, Mo #35071
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
jreibein@shb.com
T: (816) 474-6550
F: (816) 421-5547

Richard C. Godfrey, P.C. (*pro hac vice* pending)
J. Andrew Langan, P.C. (*pro hac vice* pending)
Kristopher S. Ritter (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
richard.godfrey@kirkland.com
andrew.langan@kirkland.com
kristopher.ritter@kirkland.com
T: (312) 862-2000
F: (312) 862-2200

*Attorneys for Defendant L-3 Communications Corp.*