# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, __Joe Rebein__, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, __J. Andrew Langan__, an attorney admitted to practice in the United States District Court for the __Northern District of Illinois__ and the State of __Illinois__ but not admitted to the Bar of this court, who will be counsel for the __Defendant__, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_[signature]_  
**Signature of Movant/Attorney**

35071  
**MO Bar Number**

1/5/2016  
**Date**

Shook Hardy & Bacon L.L.P.  
**Address**  
2555 Grand Boulevard  
Kansas City, MO 64108

(816) 474-6550  
**Phone**

### Affidavit of Proposed Admittee

I, __J. Andrew Langan__, am currently a member in good standing of the bars of the United States District Court for the __Northern District of Illinois__ and the State of __Illinois__, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**  
6:15-cv-03519-BCW

**Case Title(s):**  
Andrew Tyler Foster, et al. v. L-3 Communications EOTech, Inc., et al.

**Date**  
1/5/2016  
**State Bar Number** 6183539  
**District Court Bar Number** 6183539  
**Phone**  
(312) 862-2000  
**E-Mail**  
alangan@kirkland.com

**(Signature of Admittee)** _[signature]_

**Address**  
Kirkland & Ellis LLP  
300 North LaSalle, Chicago, IL 60654

Pursuant to WDMO Local Rule 83.5(I) a fee of $50 is required for each case in which the attorney is seeking admittance.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James Andrew Langan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, January 5, 2016.

*Carolyn Taft Grosboll*
Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. James Andrew Langan

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That James Andrew Langan was duly admitted to practice in said Court on (11/30/1983) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/04/2016 )

Thomas G. Bruton , Clerk,
By: Amanda Scherer
Deputy Clerk