IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6:15-CV-03519-BCW |
| | ) |
| L-3 COMMUNICATIONS EOTECH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Class Certification (Doc. #4) and Defendant's Motion to Deny or Stay Plaintiffs' Motion for Class Certification (Doc. #11). On January 26, 2015, the Court held a telephone conference with the parties to discuss these motions. After reviewing the parties' arguments, the record, and the applicable law, the Court finds that Plaintiff's motion is not directed to the operative complaint and does not address all plaintiffs and all claims. The Court therefore grants Defendants' motion and denies without prejudice Plaintiff's motion. Accordingly, it is hereby

ORDERED Defendant's Motion to Deny or Stay Plaintiffs' Motion for Class Certification (Doc. #11) is GRANTED. It is further

ORDERED Plaintiff's Motion for Class Certification (Doc. #4) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: January 26, 2016          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT