IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:16-cv-03519-BCW |
| L-3 COMMUNICATIONS EOTECH, INC., et al, | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Brent Dwerlkotte of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters his appearance as attorney of record on behalf of Defendant L-3 Communications Corporation.

**Respectfully submitted,**

**SHOOK, HARDY & BACON, L.L.P.**

By: */s/ Brent Dwerlkotte*
Brent Dwerlkotte, Mo. #62864
Shook, Hardy & Bacon, L.L.P.
2555 Grand Avenue
Kansas City, Missouri 64108-2613
Phone: (816) 474-6550
E-mail: dbdwerlkotte@shb.com
*Attorney for L-3 Communications Corp.*

Date: February 29, 2016

981899

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, a true and correct copy of the foregoing document was served via ECF on all parties.

/s/ Brent Dwerlkotte
Brent Dwerlkotte

981899