IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:15-CV-03519-BCW |
| ) | |
| L-3 COMMUNICATIONS ) | |
| EOTECH, INC. et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. #31) and Plaintiffs' Motion to Appointment Interim Class Counsel (Doc. #45). On March 18, 2016, the Court held a status conference with the parties to discuss these motions. As explained during the conference, the Court intends to consolidate this action and Rolfes v. L-3 Communications EOTech, Inc., No. 4:16-CV-00095. To streamline the consolidated case and promote economy, the Court denies without prejudice the pending motions. The Court will address these issues and the timeline for filing such motions at the status conference at **10:30 A.M. C.S.T**. on **May 10, 2016**. Accordingly, it is hereby

ORDERED Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. #31) is DENIED WITHOUT PREJUDICE. It is further

ORDERED Plaintiffs' Motion to Appointment Interim Class Counsel (Doc. #45) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: March 18, 2016        /s/ Brian C. Wimes
                             JUDGE BRIAN C. WIMES
                             UNITED STATES DISTRICT COURT