**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

ANDREW TYLER FOSTER, et al.,    )
    )
        Plaintiffs,    )
    )
v.    )
    )   No.6:15-CV-03519-BCW
L-3 COMMUNICATIONS EOTECH, INC.,    )
et al.    )
    )
        Defendants.    )
_____

JESSE ROLFES, et al.,    )
    )
        Plaintiffs,    )
    )
v.    )   No. 4:16-CV-00095-BCW
    )
L-3 COMMUNICATIONS EOTECH, INC.,    )
et al.    )
    )
        Defendants.    )
_____    )

JERRY CHEN, et al.,    )
    )
        Plaintiffs    )
    )
v.    )
    )   No. 6:16-CV-03109-BCW
L-3 COMMUNICATIONS EOTECH, INC.,    )
et al.    )
    )
        Defendants.    )
_____    )

## <u>ORDER</u>

Before the Court are Plaintiffs' Joint Motion to Lift Stay (Doc. #70), Plaintiffs' Joint

Motion for Appointment of Co-Lead Interim Class Counsel (Doc. #71), and Defendant L-3's

Motion to Maintain Stay of Proceedings Pending a Decision on Transfer by the Judicial Panel on

Multidistrict Litigation (Doc. #78). On April 28, 2016, the Court held a status conference with the parties to discuss these motions. For the reasons stated during the teleconference, and mindful of party and judicial resources, the Court stays all proceedings in the above-captioned cases until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer these and other related cases for consolidated proceedings. The Court likewise continues the deadline for responding to the Consolidated Amended Complaint (Doc. #76). To the extent necessary, the Court will set a new deadline and schedule following the JPML ruling. Lastly, the Court denies without prejudice Plaintiffs' joint motion for appointment of interim class counsel. Plaintiffs may refile this motion after the JPML ruling. Accordingly, it is hereby

ORDERED Plaintiffs' Joint Motion to Lift Stay (Doc. #70) is DENIED. It is further

ORDERED Plaintiffs' Joint Motion for Appointment of Co-Lead Interim Class Counsel (Doc. #71) is DENIED WITHOUT PREJUDICE. It is further

ORDERED Defendant L-3's Motion to Maintain Stay of Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation (Doc. #78) is GRANTED. The Court continues the deadline for responding to the Consolidated Amended Complaint.

IT IS SO ORDERED.


DATED:   April 28, 2016               /s/ Brian C. Wimes
                                      JUDGE BRIAN C. WIMES
                                      UNITED STATES DISTRICT COURT