IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:15-CV-03519-BCW |
| ) | |
| L-3 COMMUNICATIONS EOTECH, ) | |
| INC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

On August 26, 2016, the Court held a hearing by telephone with the parties for the purpose of discussing this matter's status. During the course of the conference call, the parties discussed the pending motion for appointment of interim counsel and plaintiffs' oral motion to consolidate the following cases: 4:16-CV-00095-BCW, 6:16-CV-03109-BCW, 4:16-CV-00438-BCW, and 4:16-00439-BCW. The motion for appointment of interim counsel remains pending. Now before the Court is an unopposed oral motion to consolidate all related cases. The Court, being duly advised of the premises, and with defendants having no objection, grants said motion. Accordingly, it is hereby

ORDERED cases 4:16-CV-00095-BCW, 6:16-CV-03109-BCW, 4:16-CV-00438-BCW, and 4:16-00439-BCW are consolidated under lead case 6:15-CV-03519-BCW. All further filings shall be made in case number 6:15-CV-03519-BCW. It is further

ORDERED Plaintiffs shall file an amended consolidated complaint on or before **September 19, 2016**. It is further

ORDERED parties shall file a proposed scheduling order on or before **September 19, 2016**. It is further

1

ORDERED this matter is scheduled for telephone conference on **September 22, 2016**, at 9:30 a.m. Central time. The Courtroom Deputy will make arrangements for parties' participation in the conference call.

IT IS SO ORDERED.

DATED: August 26, 2016

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT