# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW TYLER FOSTER, et al, | Case No. 6:15-cv-03519-BCW |
| Plaintiffs, | Hon. Brian C. Wimes |
| v. | Consolidated with: |
| L-3 COMMUNICATIONS EOTECH, INC. et al, | Case No. 4:16-cv-00095-BCW |
| | Case No. 4:16-cv-03109-BCW |
| Defendants. | Case No. 4:16-cv-00438-BCW |
| | Case No. 4:16-cv-00439-BCW |

## PLAINTIFFS' REPLY SUGGESTIONS IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Defendants' opposition to this motion offers no new arguments or rationale for denying the appointment of interim class counsel, and their arguments are addressed in plaintiffs' opening brief.

Accordingly, plaintiffs will rest on their submissions. The motion is now ripe for decision.

Dated: September 13, 2016

Respectfully submitted,

**DOLLAR BURNS & BECKER, L.C.**

By: */s/ Tim Dollar*
   Tim Dollar, Missouri Bar No. 33123
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 876-2600
Fax: (816) 221-8763
Email: timd@dollar-law.com

Craig R. Heidemann
**DOUGLAS HAUN & HEIDEMANN PC**
111 W Broadway St
Bolivar, MO 65613
Tel: (417) 326-5261
Fax: (417) 326-2845
Email: cheidemann@bolivarlaw.com

Sharon S. Almonrode (admitted *pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
Email: ssa@millerlawpc.com

Bonner C. Walsh (admitted *pro hac vice*)
**WALSH, PLLC**
P.O. Box 7
Bly, Oregon 97622
Tel: (541) 359-2827
Fax: (866) 503-8206
Email: bonner@walshpllc.com

Adam R. Gonnelli (admitted *pro hac vice*)
Nadeem Faruqi (pending *pro hac vice*)
Innessa S. Melamed (pending *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: agonnelli@faruqilaw.com
      nfaruqi@faruqilaw.com
      imelamed@faruqilaw.com

*Proposed Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

By: */s/ Tim Dollar*
Tim Dollar

*Attorney for Plaintiff*