IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 6:15-CV-03519-BCW |
| ) | |
| L-3 COMMUNICATIONS EOTECH, ) | |
| INC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Appointment of Interim Class Counsel. (Doc. #81) The Court, being, duly advised of the premises, grants said motion.

## BACKGROUND

This case is a putative class action consisting of five consolidated cases. The cases were initially filed in multiple states before consolidation in this Court. In tandem with the application to consolidate three of the cases with the current action, Plaintiffs moved for the appointment of interim lead counsel pursuant to Fed. R. Civ. P. 23(g)(3). Defendants opposed appointment, arguing it is unnecessary at this stage of the litigation.

## DISCUSSION

This Court notes that "[c]onsistent with the commentary to Rule 23 and the Manual [for Complex Litigation]…the kind of matter in which interim counsel is appointed is one where a large number of putative class actions have been consolidated or otherwise are pending in a single court." Donaldson v. Pharmacia Pension Plan, No. CIV. 06-3-GPM, 2006 WL 1308582, at *1 (S.D. Ill. May 10, 2006). Here, five cases, involving several law firms, involved in various courts, have been consolidated. Moreover, the Court has reviewed the proposed leadership

1

committee and finds it adequate under Fed. R. Civ. P. 23(g)(1) and (g)(4). Accordingly, it is hereby

ORDERED Plaintiffs' Motion for Appointment of Interim Class Counsel (Doc. #81) is GRANTED. It is further

ORDERED a leadership committee be appointed composed of the following attorneys: 1) Tim Dollar of Dollar Burns & Becker, L.C.; 2) Craig R. Heidemann of Douglas Haun & Heidemann PC; 3) Sharon S. Almonrode of The Miller Law Firm, P.C.; 4) Bonner C. Walsh of Walsh, PLLC; and 5) Adam R. Gonnelli of Faruqi & Faruqi, LLP. Mr. Dollar shall be appointed as chair of the leadership committee, and said leadership committee members shall henceforth serve as interim co-lead counsel.

IT IS SO ORDERED

DATED: October 3, 2016

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT