# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al., | |
| Plaintiffs, | Case No. 6:15-cv-03519-BCW |
| vs. | Consolidated with: |
| L-3 COMMUNICATIONS CORPORATION, | Case No. 4:16-cv-00095-BCW<br>Case No. 6:16-cv-03109-BCW<br>Case No. 4:16-cv-00438-BCW |
| Defendant. | Case No. 4:16-cv-00439-BCW |

## NOTICE OF FILING JOINT PROPOSED SCHEDULING ORDER

L-3 Communications Corporation ("L-3"), pursuant to the Court's August 26, 2016 Order (Dkt. No. 90) and the Court's direction at the September 22, 2016 teleconference, hereby submits the parties' agreed Joint Proposed Scheduling Order, attached hereto as Exhibit A, for the Court's consideration.

DATED: October 5, 2016

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

*/s/ J. Andrew Langan*

Joe Rebien, #35071
David B. Dwerlkotte, #62864
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

Richard C. Godfrey, P.C. (*pro hac vice*)
J. Andrew Langan, P.C. (*pro hac vice*)
Kristopher S. Ritter (*pro hac vice*)
Tim Pickert (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: 312.862.2000
Facsimile: 312.862.2200

*Attorneys for Defendant L-3 Communications Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2016 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *J. Andrew Langan*

*Attorney for Defendant*
*L-3 Communications Corp.*