```
 1           IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF MISSOURI
 2                    WESTERN DIVISION

 3   ANDREW FOSTER, ET AL,          )
                                    )
 4           Plaintiff,             ) No.  6:15-CV-03519-BCW
                                    )      October 6, 2016
 5           v.                     )      Kansas City, Missouri
                                    )      CIVIL
 6   L-3,                           )
                                    )
 7           Defendant.             )

 8           TRANSCRIPT OF TELEPHONE CONFERENCE
             BEFORE THE HONORABLE BRIAN C. WIMES
 9               UNITED STATES DISTRICT JUDGE

10     Proceedings recorded by electronic voice writing
                Transcript produced by computer
11
                         APPEARANCES
12

13   For Plaintiffs:     MR. CRAIG HEIDEMANN
                         Douglas, Haun & Heidemann - Bolivar
14                       111 W. Broadway
                         P.O. Box 117
15                       Bolivar, Missouri  65613-0117

16                       MR. ADAM R. GONNELLI
                         Faruqi & Faruqi, LLP
17                       685 Third Avenue
                         26th Floor
18                       New York, NY  10017

19                       MR. BONNER WALSH
                         Walsh LLC
20                       P.O. Box 7
                         Bly, OR  97622
21
                         MR. TIM DOLLAR
22                       Dollar, Burns & Becker
                         1100 Main Street - Suite 2600
23                       Kansas City, Missouri  64105

24

25         Denise Catherine Halasey CCR, CVR-CM
     US Court Reporter for The Honorable Brian C. Wimes
```

```
 1                    APPEARANCE CONTINUED

 2

 3   For Plaintiff:      MS. SHARON ALMONRODE
                         The Miller Law Firm P.C.
 4                       950 W. University Drive
                         Suite 300
 5                       Rochester, MI   48307

 6


 7   For Defendant:      MR. JOSEPH REBEIN
                         Shook, Hardy & Bacon, LLP-KCMO
 8                       2555 Grand Boulevard
                         Kansas City, Missouri   64108
 9

10
                         MR. ANDREW LANGAN
11                       MR. RICK GODFREY
                         Kirkland & Ellis – Chicago
12                       300 N. LaSalle Street
                         Chicago, Illinois   60654
13
```

```
 1                      October 6, 2016
 2              (Proceedings began at 9:05 AM)
 3              THE COURT:  Good morning, counsel.
 4              MR. DOLLAR:  Good morning, Your Honor.
 5              MR. LANGAN:  Good morning.
 6              THE COURT:  I won't go through everyone's name, but
 7    I do know who is on.  We have on the record who is on the
 8    phone.  I guess I'll start with I did receive the proposed
 9    scheduling order.  And that seems to be fine, you know, from
10    my perspective.  I just wanted something in place so we can
11    work forward.
12              I think my courtroom deputy had said -- and I think
13    Mr. Langan, I will have you respond, that you wanted an
14    extension of time to file a response or reply; is that
15    correct?
16              MR. LANGAN:  Your Honor, this is Andy Langan.  So we
17    had filed a motion to extend time to answer otherwise pled to
18    the consolidated complaint.  However, I will tell you that if
19    the agreed scheduling order is entered as is, if it is.
20              THE COURT:  Yes.
21              MR. LANGAN:  That would moot the motion for
22    extension of time and Your Honor will not need to act on that.
23    And in fact, we'd be happy to withdraw it.
24              THE COURT:  Okay.
25              MR. LANGAN:  Yes.
                                 3
```

Denise C. Halasey, CCR, CVR-CM
United States Court Reporter

1    THE COURT:  Okay.  I mean, what I was told -- and I
2 didn't even look close enough to see that that would moot it
3 out.  I just know there could have been an issue.  My
4 inclination was to grant it at this point, but if it's a moot
5 issue, than it's a moot issue.  It's the Court's intent to
6 accept your proposed scheduling order as submitted to the
7 Court, and we can just move from there.
8            MR. LANGAN:  That is certainly how we see it.
9            MR. DOLLAR:  Your Honor, this is Tim Dollar.
10           THE COURT:  Okay.  Mr. Dollar?
11           MR. DOLLAR:  Yeah, we reached agreement on all that.
12           THE COURT:  Okay.
13           MR. DOLLAR:  Which is incorporated into the
14 scheduling order.  So I agree.
15           THE COURT:  Okay.  And if Mr. Langan, if you want to
16 just move to withdraw that, and I think we'll be fine and we
17 can go from here.
18           MR. LANGAN:  That's what we will do, Your Honor.
19 Thank you very much.
20           THE COURT:  Okay.  Now, I know I just wanted to get
21 that settled.  Is there anything else that we need to take up?
22 I don't believe there is.
23           MR. DOLLAR:  For plaintiffs, Your Honor, I do not
24 believe so.
25           THE COURT:  Okay.

1     MR. DOLLAR: We -- I had numerous discussions with
2 counsel for defendant yesterday. And we kind of have a --
3 they have been advised of kind of our plan. We intend to
4 commence all our written discovery. Yesterday, we have spoken
5 I think with everyone on this call from the defense side.
6     THE COURT: Okay.
7     MR. DOLLAR: So I think communications are ongoing
8 in a constructive way, and we will proceed.
9     THE COURT: All right. Great. Well, you know, if
10 anything comes up especially during this discovery process, I
11 think it may be as we deal with issues that may pertain to the
12 class as opposed to kind of general. You know, if issues come
13 up, please call. Because I think what will happen eventually
14 is -- if I can use the football term, will set the edge on
15 these issues and you'll see how I rule. If you seem to think,
16 hey, this is crossover, it goes to both, and the other side
17 doesn't. So feel free early on definitely to call me because
18 I think that will give all parties an opportunity to see where
19 I fall on issues pertaining to some of those things that may
20 come up. But if not, they don't, and you guys will do what
21 you do so. I appreciate you all getting on the phone.
22     MR. DOLLAR: Thank you.
23     MR. GODFREY: Thank you very much, Your Honor. This
24 is Rick Godfrey, we greatly appreciate it. I should mention
25 that we continue to make progress on settlement. We are not

5

Denise C. Halasey, CCR, CVR-CM
United States Court Reporter

Case 6:15-cv-03519-BCW   Document 112   Filed 11/08/16   Page 5 of 6

1  there yet.
2          THE COURT: Okay.
3          MR. GODFREY: We are still moving forward. Things
4  are moving in the right direction I think from our
5  prospective.
6          THE COURT: That's always music to the Court's ears.
7  Hopefully that will go well. I appreciate you letting me know
8  that. Again, I appreciate you all getting on the phone, and I
9  wish you all a great day.
10 (THEREUPON, the following proceedings were adjourned.)

## CERTIFICATE

14      I certify that the foregoing is a correct transcript
15 from the record of the proceedings in the above-entitled
16 matter.

    November 8, 2016

                    /s/ Denise C. Halasey
                    Denise C. Halasey, CCR, CVR-CM
                    United States Court Reporter