# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDREW TYLER FOSTER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> L-3 COMMUNICATIONS EOTECH, INC. et al, <br><br> Defendants. | Case No.6:15-cv-03519-BCW <br><br> Hon. Brian C. Wimes |
| JESSE ROLFES et al, <br><br> Plaintiffs, <br><br> v. <br><br> L-3 COMMUNICATIONS EOTECH, INC. et al, <br><br> Defendants. | Case No. 4:16-cv-00095-BCW <br><br> Hon. Brian C. Wimes |
| JERRY CHEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> L-3 COMMUNICATIONS EOTECH, INC. et al, <br><br> Defendants. | Case No. 6:16-cv-03109-BCW <br><br> Hon. Brian C. Wimes |

| | |
|---|---|
| CLAY PITTMAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>    v.<br><br>L-3 COMMUNICATIONS EOTECH, INC. et al,<br><br>  Defendants | Case No. 4:16-cv-00438-BCW<br><br><br><br>Hon. Brian C. Wimes |
| TIMOTHY BRAGINTON and TREVOR WEIR, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>    v.<br><br>L-3 COMMUNICATIONS EOTECH, INC. et al,<br><br>  Defendants | Case No. 4:16-cv-00439-BCW<br><br><br><br>Hon. Brian C. Wimes |

## NAMED PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that Named Plaintiffs, Andrew Tyler Foster, Jesse Rolfes, Kent Ward, Bruce Gibson, Alan Gibbs, Jason Brooks, Chris Drummond, Kainoa Kaku, Travis Young, Richard Morgan, Rob Dunkley, Chad Mingo, Michael Ma, April Smith, Jim Richard, Jerry Chen, Clay Pittman, Timothy Braginton, and Trevor Weir, individually and on behalf of the putative Class (collectively, "Plaintiffs"), respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, (a) preliminarily approving the proposed Settlement; (b) certifying the Class on a preliminary basis for purposes of Settlement; (c)

approving the proposed form of Notice and Summary Notice; (d) approving the proposed methods of disseminating notice; (e) setting a date for the Settlement hearing; and (f) such other and further relief as this Court deems just and proper. Defendants do not oppose this motion.

Named Plaintiffs are contemporaneously filing a Memorandum in support of this Motion.

A [Proposed] Order Preliminarily Approving Proposed Settlement and Providing for Notice is submitted herewith.

Dated: February 13, 2017

Respectfully submitted,

**DOUGLAS HAUN & HEIDEMANN PC**

By_____/s/_____
Craig R. Heidemann
111 W. Broadway St.
Bolivar, MO 65613
Tel: (417) 326-5261
Fax: (417) 326-2845
Email: cheidemann@bolivarlaw.com

*Interim Co-Class Counsel and Proposed Co-Lead Counsel*

**DOLLAR BURNS & BECKER, L.C.**
Tim Dollar, Missouri Bar No. 33123
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 876-2600
Fax: (816) 221-8763
Email: timd@dollar-law.com

*Proposed Co-Lead Counsel and Chair of the Plaintiffs' Leadership Team*

Sharon S. Almonrode (admitted *pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
Email: ssa@millerlawpc.com

Bonner C. Walsh (admitted *pro hac vice*)

**WALSH, PLLC**
P.O. Box 7
Bly, Oregon 97622
Tel: (541) 359-2827
Fax: (866) 503-8206
Email: bonner@walshpllc.com

Adam R. Gonnelli (admitted *pro hac vice*)
**THE SULTZER LAW GROUP, P.C.**
280 Route 35, Suite 304
Red Bank, NJ 07701
Email: gonnellia@thesultzerlawgroup.com

Nadeem Faruqi (pending *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com

*Proposed Co-Lead Counsel*