# Exhibit G

# TIER 3 ALLOCATION

The Tier 3 Benefit will be calculated in the following manner:

- If the total number of Valid Claims is less than or equal to 5,000, then the benefit payable for each Valid Claim shall be $50.00;

- If the total number of Valid Claims is greater than 5,000 and less than or equal to 10,000, then the benefit payable for each Valid Claim shall be $50.00 x ((Number of Valid Claims – 5,000) x 75% + 5,000) / number of Valid Claims;

- If the total number of Valid Claims is greater than 10,000, then the benefit payable for each Valid Claim shall be $50.00 x ((Number of Valid Claims – 10,000) x 50% + 8,750) / number of Valid Claims.

- For example, if the total number of Valid Claims is 55,000, then each claimant would be paid a benefit equal to $50.00 x ((55,000 – 10,000) x 50% + 8,750)/55,000 = $28.41. In the event that the entire class participates in the Tier 3 Benefit, then each Settlement Class Member would recover approximately twenty-five dollars ($25.00) for each Valid Claim submitted. In no event shall the maximum amount exceed $50.00 (Fifty Dollars).