IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> L-3 COMMUNICATIONS EOTECH, INC. et al, <br><br> Defendants. | Case No.6:15-cv-03519-BCW <br><br> Consolidated with: <br><br> Case No. 4:16-cv-00095-BCW <br> Case No. 6:16-cv-03109-BCW <br> Case No. 4:16-cv-00438-BCW <br> Case No. 4:16-cv-00439-BCW <br><br> Hon. Brian C. Wimes |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that for the reasons set forth in the contemporaneously filed Suggestions in support of this Motion, Named Plaintiffs, Andrew Tyler Foster, Jesse Rolfes, Kent Ward, Bruce Gibson, Alan Gibbs, Jason Brooks, Chris Drummond, Kainoa Kaku, Travis Young, Richard Morgan, Rob Dunkley, Chad Mingo, Michael Ma, April Smith, Jim Richard, Jerry Chen, Clay Pittman, Timothy Braginton, and Trevor Weir, individually and on behalf of the class, submit this Motion for Final Approval of Settlement, and respectfully request that the Court grant final approval to the settlement and certify the proposed class in this matter following the June 30th Hearing.

Dated: May 19, 2017

Respectfully submitted,

**DOLLAR BURNS & BECKER, L.C.**

By: _/s/ Tim Dollar_
Tim Dollar, Missouri Bar No. 33123
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 876-2600
Fax: (816) 221-8763

1

Email: timd@dollar-law.com

*Co-Lead Counsel and Chair of the Plaintiffs' Leadership Team*

Craig R. Heidemann
**DOUGLAS HAUN & HEIDEMANN PC**
111 W. Broadway St.
Bolivar, MO 65613
Tel: (417) 326-5261
Fax: (417) 326-2845
Email: cheidemann@boliverlaw.com

Sharon S. Almonrode (admitted *pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
Email: ssa@millerlawpc.com

Bonner C. Walsh (admitted *pro hac vice*)
**WALSH, LLC**
P.O. Box 7
Bly, Oregon 97622
Tel: (541) 359-2827
Fax: (866) 503-8206
Email: bonner@walshpllc.com

Adam R. Gonnelli (admitted *pro hac vice*)
**THE SULTZER LAW GROUP, P.C.**
280 Route 35, Suite 304
Red Bank, NJ 07701
Email: gonnellia@thesultzerlawgroup.com

Nadeem Faruqi (pending *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com

*Co-Lead Counsel*