# EXHIBIT 1

# EXHIBIT 1

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with:  Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

**DOLLAR BURNS AND BECKER, LC**

**TIME REPORT — Inception through May 5, 2017**

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Tim E. Dollar, Esq. | 449 | 650.00 | 291,850 |
| | | | |
| **ATTORNEYS:** | | | |
| J.J. Burns, Esq. | 22 | 600.00 | 13,200 |
| | | | |
| | | | |
| | | | |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Robyn Disney, RP | 28 | 100.00 | 2,800.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL LODESTAR** | | | 307,850.00 |