# EXHIBIT 2

**EXHIBIT 2**

*Foster et al., v. L-3 Communications EOTech, Inc., et al.*,
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

**DOLLAR BURNS AND BECKER, LC**

**EXPENSE REPORT — Inception through May 5, 2017**

| <u>Categories:</u> | <u>Amount</u> |
|---|---:|
| Court Filing/Service Fees | $1,847.10 |
| Interest Expense | $1,043.53 |
| Postage (US Mail, UPS, FedEx, etc.) | $126.23 |
| Printing and Reproduction | $164.60 |
| Travel Expenses (including hotels, meals and transportation) | $8,611.08 |
| **TOTAL EXPENSES:** | $11,792.54 |