# EXHIBIT 3



Dollar Burns & Becker, L.C.
1100 Main Street, Suite 2600
Kansas City, MO 64105
816-876-2600
Fax: 816-221-8763
www.dollar-law.com



**Name: Tim Dollar**

**E-Mail:** timd@dollar-law.com

**Biography: Tim Dollar is the founding partner of the law firm of Dollar, Burns & Becker, L.C.** in Kansas City, MO. The emphasis in Tim's practice is in the area of complex litigation, tractor-trailer accidents, insurance bad faith claims, as well as many other areas of general personal injury.

Tim also works as a **Special Assistant Prosecutor for Jackson County, Missouri**. The chief prosecutor repeatedly gives Tim some of the toughest, most high-profile cases in the office.

Mr. Dollar has been **a frequent lecturer** on programs of continuing legal education for the Missouri Bar, The University of Missouri-Kansas City, The Missouri Association of Trial Attorneys, and The American Association for Justice.

In 1996, Tim was the recipient of the **Lon O. Hocker Memorial Trial Attorney award**.

Tim Dollar has served on the **16th Circuit Bar Ethics Committee**.

Tim Dollar was elected by his peers in the Jackson County, Missouri Bar to the **Judicial Nominating Commission**.

Tim was formerly the **President of the Missouri Association of Trial Attorneys**.

Tim has been recognized, for multiple years, as one of the "*Best Lawyers in America*", and has been recognized by various publications, including, the "*Best of the Bar*". He was recently named to the top 100 lawyers in the Missouri-Kansas edition of "*Super Lawyers*" magazine. He is also a member of the American Board of Trial Advocates.

Tim has **tried over 250 trials** in front of a jury.

{345142.DOCX }



Dollar Burns & Becker, L.C.
1100 Main Street, Suite 2600
Kansas City, MO 64105
816-876-2600
Fax: 816-221-8763
www.dollar-law.com



**Name:** **J.J. Burns**

**E-Mail:** jjb@dollar-law.com

**Biography:** Jeffrey Joseph (J.J.) Burns is an associate attorney at Dollar Burns & Becker, LC. He received his law degree from the University of Michigan School Of Law in 2011.

He is licensed to practice in state and federal courts in Missouri and Illinois. Prior to joining Dollar Burns & Becker, he served as a Law Clerk to the Honorable Maria Valdez in the Northern District of Illinois.

{345141.DOCX}