# EXHIBIT 1

# EXHIBIT 1

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

## DOUGLAS, HAUN & HEIDEMANN, P.C.
## TIME REPORT — Inception through May 17, 2017

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Craig R. Heidemann | 646.41 | $650.00 | $420,166.50 |
| Nathan A. Duncan | 471.1 | $650.00 | $306,215.00 |
| Donald M. Brown | 36.15 | $650.00 | $23,497.50 |
| **ATTORNEYS:** | | | |
| Nick W. Allen | 179.7 | $550.00 | $98,835.00 |
| Jennifer N. Fields | 29.25 | $550.00 | $16,087.50 |
| | | | |
| | | | |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Donna Aasby | 232.05 | $250.00 | $58,012.50 |
| Tammy Milburn | 44.8 | $250.00 | $11,200.00 |
| Jazmyne Beamer | 8.75 | $250.00 | $2,187.50 |
| Jillian Griffin | 3 | $250.00 | $750.00 |
| Mary Hopwood | .5 | $250.00 | $125.00 |
| | | | |
| | | | |
| **TOTAL LODESTAR** | | | $937,076.50 |