# EXHIBIT 2

EXHIBIT 2

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

DOUGLAS, HAUN & HEIDEMANN, P.C.

EXPENSE REPORT — Inception through May 17, 2017

| **Categories:** | **Amount** |
|---|---|
| Class Action Notice Fees | $152.00 |
| Computer & Other Research Fee(s) (Lexis/Westlaw/Bloomberg) | $64.00 |
| Courrier Services | 0 |
| Court Filing/Service Fees | $504.00 |
| Court Reporting Service | 0 |
| Expert Fees | $2,400.00 |
| Mediation Fees | $11,776.74 |
| Postage (US Mail, UPS, FedEx, etc.) | $19.59 |
| Printing and Reproduction | $406.32 |
| Telephone/Fax | $104.10 |
| Travel Expenses (including hotels, meals and transportation) | $11,347.46 |
| **TOTAL EXPENSES:** | $26,774.21 |