# EXHIBIT 1

# EXHIBIT 1

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

The Miller Law Firm, P.C.

TIME REPORT — Inception through May 17, 2017

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| E. Powell Miller | 34.55 | $860.00 | $29,713.00 |
| Sharon S. Almonrode | 717.10 | $775.00 | $555,752.50 |
| Marc L. Newman | 32.30 | $750.00 | $24,225.00 |
| Ann L. Miller | 17.80 | $690.00 | $12,282.00 |
| **ATTORNEYS:** | | | |
| Devon P. Allard | 0.50 | $565.00 | $282.50 |
| Rick A. Decker | 36.10 | $465.00 | $16,786.50 |
| Lowell D. Johnson | 71.70 | $465.00 | $33,340.50 |
| Nancy Decker | 3.80 | $445.00 | $1,691.00 |
| Daimeon M. Cotton | 6.50 | $435.00 | $2,827.50 |
| Andrew M. Gonyea | 92.45 | $395.00 | $36,517.75 |
| Dennis A. Lienhardt | 46.55 | $295.00 | $13,732.25 |
| Shannon C. King | 113.80 | $295.00 | $33,571.00 |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Harry L. Durden (Senior Law Clerk) | 65.00 | $250.00 | $16,250.00 |
| Danelle J. Vanderbeke | 10.40 | $175.00 | $1,820.00 |
| David W. Goodrich | 0.50 | $175.00 | $87.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL LODESTAR** | 1249.05 | | $778,879.00 |