# EXHIBIT 2

# EXHIBIT 2

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

**Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW**

The Miller Law Firm, P.C.

## EXPENSE REPORT — Inception through May 17, 2017

| **Categories:** | **Amount** |
|---|---:|
| Class Action Notice Fees | |
| Computer & Other Research Fee(s) (Lexis/Westlaw/Bloomberg) | $339.19 |
| Computer Hosting Database | $1,478.25 |
| Courrier Services | |
| Court Filing/Service Fees | $800.00 |
| Court Reporting Service | |
| Expert Fees | |
| Mediation Fees | $10,000.00 |
| Postage (US Mail, UPS, FedEx, etc.) | $226.56 |
| Printing and Reproduction | $3,436.90 |
| Telephone/Fax | |
| Travel Expenses (including hotels, meals and transportation) | $5,683.08 |
| **TOTAL EXPENSES:** | $21,963.98 |