# EXHIBIT 1

# EXHIBIT 1

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

The Sultzer Law Group

TIME REPORT — Inception through May 5, 2017

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Adam Gonnelli | 219.5 | $795 | $196,452.50 |
| | | | |
| **TOTAL LODESTAR** | 219.5 | | $196,452.50 |