# EXHIBIT 2

# EXHIBIT 2

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

## The Sultzer Law Group

**EXPENSE REPORT** — Inception through May 5, 2017

| <u>Categories</u>: | <u>Amount</u> |
|---|---:|
| Mediation Fees | $10,000.00 |
| Travel Expenses (including hotels, meals and transportation) | $3,696.51 |
| **TOTAL EXPENSES:** | $13,696.51 |