# EXHIBIT 1

# EXHIBIT 1

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

## FARUQI & FARUQI, LLP

TIME REPORT — Inception through May 5, 2017

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Nadeem Faruqi | 113.50 | $950.00 | $107,825.00 |
| Adam R. Gonnelli | 298.75 | $795.00 | $237,506.25 |
| | | | |
| **ATTORNEYS:** | | | |
| Innessa S. Melamed | 99.50 | $550.00 | $54,725.00 |
| Josephine Reina | 63.75 | $450.00 | $28,687.50 |
| Cirong (Audrey) Kang | 404.78 | $400.00 | $161,912.00 |
| Meaghan Walters | 59.25 | $400.00 | $23,700.00 |
| Jacob Sher | 25.25 | $375.00 | $9,468.75 |
| Patrick Collopy | 88.00 | $375.00 | $33,000.00 |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Derek Behnke | 4.5 | $375.00 | $1,687.50 |
| Michael LoBosco | 13.75 | $310.00 | $4,262.50 |
| Anthony Aloise | 164.25 | $310.00 | $50,917.50 |
| | | | |
| **TOTAL LODESTAR** | 1,335.28 | | $713,692.00 |