# EXHIBIT 2

## EXHIBIT 2

*Foster et al., v. L-3 Communications EOTech, Inc., et al.,*
Case No. 6:15-cv-03159-BCW (W.D. Mo.)

Consolidated with: Case Nos. 4:16-cv-00095-BCW; 6:16-cv-03109-BCW; 4:16-cv-00438; and 4:16-cv-00439-BCW

**FARUQI & FARUQI, LLP**

**EXPENSE REPORT — Inception through May 5, 2017**

| Categories: | Amount |
| --- | --- |
| Commercial Copies | $1,364.20 |
| Computer & Other Research Fee(s) (Lexis/Westlaw/Bloomberg) | $7,766.30 |
| Courier Services | $256.00 |
| Court Filing/Service Fees | $535.00 |
| Court Reporting Service | $301.45 |
| Mediation Fees | $10,000.00 |
| Postage | $181.64 |
| Reproduction (Internal) | $850.50 |
| Telephone/Fax | $233.44 |
| Travel Expenses (including hotels, meals and transportation) | $8,129.84 |
| **TOTAL EXPENSES:** | **$29,618.37** |