IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> L-3 COMMUNICATIONS EOTECH, INC. et al, <br><br> Defendants. | Case No. 6:15-cv-03519-BCW <br><br> Consolidated with: <br><br> Case No. 4:16-cv-00095-BCW <br> Case No. 6:16-cv-03109-BCW <br> Case No. 4:16-cv-00438-BCW <br> Case No. 4:16-cv-00439-BCW |

## JUDGMENT IN A CIVIL ACTION

   X    **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, granting Joint Motion for order for Final Approval of Settlement and Class Certification (Doc. # 128), consistent with the order entered by the Honorable Brian C. Wimes this date.

                                                          AT THE DIRECTION OF THE COURT

July 7, 2017                                        /s/Paige Wymore-Wynn
Dated                                                 Court Executive

July 7, 2017                                        By: Joella Baldwin
Entered                                              Deputy Clerk