## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| ANDREW TYLER FOSTER, et al,<br><br>               Plaintiffs,<br><br>      vs.<br><br>L-3 COMMUNICATIONS<br>EOTECH, INC. et al,<br><br>             Defendants. | Case No.6:15-cv-03519-BCW<br><br>Consolidated with:<br><br>   Case No. 4:16-cv-00095-BCW<br>   Case No. 6:16-cv-03109-BCW<br>   Case No. 4:16-cv-00438-BCW<br>   Case No. 4:16-cv-00439-BCW<br><br>Hon. Brian C. Wimes |

### REPORT OF CLASS COUNSEL ON STATUS OF CLAIMS PROCESSING

Plaintiffs through appointed Class Counsel in the above-captioned action ("Plaintiffs") submit the following report on the status of the Claims Processing in this matter.

1.     As with all Claims Processing projects of this magnitude, specifically a class settlement, various matters of a routine natures have arisen.

2.     Due to the contact information that is available to the public, different parties who have had any questions or issues with the claims process have reached out to the Claims Administrator, Defense Counsel, Plaintiffs' Counsel and even this Court.

3.     In each instance that an issue has arisen thus far, the contacted parties have worked together to identify the issue, examine the claim, and resolve the issue.

4.     For example, class member David Redenbaugh, reached out directly to this Court as well as to Plaintiffs' Class Counsel and the Claims administrator.  Plaintiffs' Counsel Bonner Walsh worked with the Claims Administrator, Defense Counsel and Mr. Redenbaugh.  Through this joint effort, Mr. Redenbaugh's issues have now been resolved.  See Ex. A, Declaration of David Redenbaugh.

5.     Class Counsel will continue to work through any issues with all relevant parties if any other issues arise under the Settlement, and will notify the Court of the parties' progress, if necessary or appropriate.

DATED: November 21st, 2017          Respectfully submitted,

**DOLLAR BURNS & BECKER, L.C.**


By  /s/ Tim Dollar_____

Tim Dollar, Missouri Bar No. 33123
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 876-2600
Fax: (816) 221-8763
Email: timd@dollar-law.com

Craig Heidemann
**DOUGLAS, HAUN & HEIDEMANN, P.C.**
P.O. Box 117
111 W. Broadway
Bolivar, MO 65613
Telephone: (417) 326-5261
Facsimile: (417) 326-2845
craig@dhhlawfirm.com

Sharon S. Almonrode (admitted *pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
ssa@millerlawpc.com

Bonner C. Walsh (admitted *pro hac vice*)
**WALSH, LLC**
P.O. Box 7
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

2

Adam R. Gonnelli (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
agonnelli@faruqilaw.com

*Attorneys for Plaintiffs and the Class*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2017, a copy of the foregoing document is being electronically filed with the Clerk of the United States District Court for the Western District of Missouri by using the CM/ECF system, which will send notice of such filing to all counsel of record.

By      /s/ Tim Dollar_____

Tim Dollar, Missouri Bar No. 33123
**DOLLAR BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tel: (816) 876-2600
Fax: (816) 221-8763
Email: timd@dollar-law.com

3